**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **WILLIE G. GAYFIELD** | **CIV. ACTION NO. 3:20-00782** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 16] having been considered, together with the Objection [Doc. No. 17] filed by Plaintiff on August 11, 2021, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**, in its entirety, and that this matter is hereby **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, this 12th day of August 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE